O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SACR 06-0167 (A)-JVS |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| JILL MARIE GARNER; T/N JILL MARIE PEADEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801, 951, et. seq., 955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (x ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( x) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

///

II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  (X) appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( ) the nature and circumstances of the offense;

B.  ( ) the weight of evidence against the defendant;

C.  ( ) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

_____

_____

_____

_____

_____

B.  ( ) History and characteristics indicate a serious risk that defendant will flee because:

Defendant has no ties to the community and no permanent address.  She is unemployed and has no bail resources or sureties.

C.  ( ) A serious risk exists that defendant will:

      1. ( )  obstruct  or  attempt to  obstruct  justice;

      2. ( )  threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
2        provided in 18 U.S.C. § 3142 (e).

3    IT IS ORDERED that defendant be detained prior to trial.

4    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
5    facility separate from persons awaiting or serving sentences or person held pending appeal.

6    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
7    consultation with his counsel.

8

9

10   Dated: April 5, 2007                    _____
11                                                    Marc L. Goldman
                                                      U.S. Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28